EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Anubis A. Bonano Rodríguez | 2016 TSPR 191 |
| | 196 DPR ____ |

Número del Caso: TS-13,267

Fecha: 31 de agosto de 2016

Abogado del Peticionario:

       Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Anubis A. Bonano Rodríguez                    TS-13,267

RESOLUCIÓN

San Juan, Puerto Rico, a 31 de agosto de 2016.

Examinada la *Moción en Cumplimiento de Orden,* se provee ha lugar a la solicitud de reinstalación presentada por la abogada Anubis A. Bonano Rodríguez.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA). Además, se le ordena a la abogada Bonano Rodríguez actualizar su información de contacto en el RÚA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

La Juez Asociada señora Rodríguez Rodríguez no intervino.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Anubis A. Bonano Rodríguez          **Núm.** TS-13,267

**NUNC PRO TUNC**
RESOLUCIÓN

San Juan, Puerto Rico, a 1 de septiembre de 2016

Se enmienda **nunc pro tunc** la Resolución de 9 de agosto de 2016 a los efectos de corregir el último párrafo de la Resolución, el cual debe leer de la siguiente manera:

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Rivera García hace constar que autorizaría la reinstalación a la abogacía sin condicionarla a ningún otro requerimiento. El Juez Asociado señor Estrella Martínez hace constar que autorizaría la reinstalación, sin más. La Jueza Asociada señora Pabón Charneco se une a las expresiones de los Jueces Asociados señor Rivera García y señor Estrella Martínez.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo